Charles Wohlrab, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Fay Servicing, LLC as servicer for U.S. Bank
Trust National Association, not in its individual capacity,
but solely as Trustee of LSF9 Master Participation Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------X
                                            :
                                            :   CASE NO.: 23-11823-CMG
    IN RE:                                  :
                                            :   CHAPTER: 13
    James F. Paguiligan                     :
                                            :   HON. JUDGE.:
    Debtor                                  :   Christine M. Gravelle
                                            :
                                            :   HEARING DATE: November 1, 2023
                                            :   at 9:00 am
------------------------------------------------------------------X

## OBJECTION TO DEBTOR'S MOTION TO REINSTATE THE AUTOMATIC STAY

  **PLEASE TAKE NOTICE** that Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust (hereinafter "Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 230 Lakewood Ave., Bayville, NJ 07821, by and through its undersigned attorneys, hereby objects to the Debtor's Motion to Reinstate the Stay on the following grounds:

 1. The Debtor filed a Chapter 13 Bankruptcy Petition on March 6, 2023.

 2. On July 3, 2023, a Motion for Relief from the Automatic Stay and Co-Debtor Stay was filed by Secured Creditor.

 3. On August 2, 2023, an Order Vacating Automatic Stay and Co-Debtor Stay was entered by the Court.

 4. The Debtor now seeks the entry of an order reinstating the Automatic Stay as to Secured Creditor.

5. Debtor's Motion relies on the proposition that the Debtor has since become current with all post-petition obligations to Secured Creditor

6. Upon review of internal records, Debtor's account is due for the post-petition payments for the months of September 1, 2023, through and including October 1, 2023, in the amount of $2,429.05. The total post-petition arrears are $4,858.10 through October 6, 2023.

7. Secured Creditor objects to the reinstatement of the automatic stay unless and until the Debtor has fully brought the account current on all post-petition obligations through the date of any entered Order.

**WHEREFORE**, Secured Creditor respectfully requests that the Debtor's Motion be denied for the reasons outlined above and for all other and further relief as is just and proper.

Dated: 10/20/2023
Garden City, NY

By: /s/ Charles G. Wohlrab
Charles Wohlrab, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Hon. Judge: _____ |

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |